**Order entered October 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00662-CV

**NEAL RICHARDS GROUP AUSTIN DEVELOPMENT, LLC,
NEAL RICHARDS GROUP, LLC AND
NEAL RICHARDS GROUP FOREST PARK DEVELOPMENT LLC, Appellants**

**V.**

**WEST SUMMIT INVESTMENTS, LP AND GLENDONTODD CAPITAL, LLC AND
TODD FURNISS, Appellees**

**On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-12500**

## ORDER

Before the Court is the October 7, 2019 second joint motion of appellants and cross-appellants for an extension of time to file their respective briefs. We **GRANT** the motion and extend the time to November, 7, 2019. We caution appellants and cross-appellants that further extension requests will be disfavored

/s/     ERIN A. NOWELL
         JUSTICE